IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-92-081-CR




JESUS VILLARREAL,



 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 




FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY 



NO. 34,886, HONORABLE LINDA A. RODRIGUEZ, JUDGE PRESIDING



 




PER CURIAM


 This is an appeal from a judgment of conviction for misdemeanor driving while
intoxicated. Punishment was assessed at confinement for two (2) years and a $400.00 fine,
probated.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).



[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Dismissed On Appellant's Motion

Filed: August 31, 1992

[Do Not Publish]